**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. 555, Incorporated.**

No. 14459.

United States Court of Appeals
Eighth Circuit.

Oct. 3, 1951.

Theron Lamar Caudle, Asst. Atty. Gen., and Ellis N. Slack, Sp. Asst. to Atty. Gen., for petitioner.

E. Charles Eichenbaum, Little Rock, Ark., for respondent.

PER CURIAM.

Petition for Review of Decision of The Tax Court of the United States entered April 11, 1951, dismissed without taxation of costs in favor of either of the parties in this Court, on stipulation of parties. 15 T.C. 671.

**William E. HOWELL, Appellant, v. Herbert H. HANN, Warden, Nebraska State Penitentiary.**

No. 14472.

United States Court of Appeals
Eighth Circuit.

Oct. 17, 1951.

William E. Howell, pro se.

PER CURIAM.

Application of appellant for certificate or probable cause denied and appeal or appeals attempted to be taken by appellant from orders of District Court complained of dismissed.

**UNITED STATES of America v. George HABER, Appellant.**

No. 10517.

United States Court of Appeals
Third Circuit.

Argued Nov. 12, 1951.

Decided Nov. 28, 1951.

Charles A. Stanziale, Newark, N. J., (George R. Sommer, Newark, N. J., on the brief), for appellant.

Charles J. Tyne, Asst. U. S. Atty., Newark, N. J., (Grover C. Richman, Jr., U. S. Atty., Newark, N. J., on the brief), for appellee.

Before MARIS, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

The arguments advanced by the appellant in his brief and on oral argument have had our careful consideration. We are satisfied, however, from our examination of the record that the district court did not err in admitting into evidence the physical exhibits and other evidence objected to by the appellant, that the evidence amply supported the verdict of guilty and that the trial judge did not err in his charge to the jury or in refusing certain of appellant's requests for charge. The judgment of the district court will be affirmed.